Argued August 10, ballot title approved August 12, 1971

BAHR, *Petitioner, v.* MYERS ET AL, *Defendants.*

487 P2d 870

*Steve Anderson,* Salem, argued the cause for petitioner.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for defendants.

Before O'CONNELL, Chief Justice, and DENECKE, HOLMAN, TONGUE, HOWELL, and BRYSON, Justices.

PER CURIAM.

Petitioner seeks to refer to the people a measure

which, among other things, allows counties to levy a $10 annual vehicle registration tax (House Bill 1979).

Petitioner challenges the ballot title prepared by the Attorney General which reads as follows:

### "ENABLING COUNTY-CITY VEHICLE REGISTRATION TAX

"Allows counties to levy $10 annual vehicle registration tax for highway and park purposes. Exempts certain trailers, campers, mobile homes and other vehicles. The county and cities in county would share revenues equally. The county may instead levy a tax of $5 solely for its own purposes or if required by cities, must levy a $5 tax for distribution to cities in county."

We are of the opinion that the foregoing ballot title conforms to the requirements under ORS 254.070 and is neither "insufficient" or "unfair" so as to render it subject to attack under ORS 254.077.

The ballot title is therefore approved.

TONGUE, J., concurs in the result.